[No. 22012–8–I.   Division One.   April 3, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR J. RAMPTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–1–04161–8, Donald D. Haley, J., entered March 10, 1988. *Dismissed* by unpublished per curiam opinion.

[Nos. 20620–6–I; 20913–2–I.   Division One.   April 3, 1989.]

CASSIMEAR JOSEPH CLARKE, ET AL, *Appellants*, v. EQUINOX HOLDINGS, LTD., *Respondent*.

Appeals from judgments of the Superior Court for King County, No. 86–2–25409–9, Frank L. Sullivan, Sharon S. Armstrong, and Mary Wicks Brucker, JJ., entered May 28, July 23, August 31, and October 23, 1987. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, A.C.J., and Swanson, J. Now published in 56 Wn. App.

[No. 8786–7–III.   Division Three.   April 4, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. GREG S. GARZA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 87–1–00079–9, Clinton J. Merritt, J., entered August 14, 1987. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green and Shields, JJ.